No. 09-1198. Terry Williams, Petitioner v. United States District Court for the Central District of California, et al.; and Terry Williams, Petitioner v. Clark County Public Administrator et al.

560 U.S. 952, 130 S. Ct. 3405, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4706.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-1199. Sylvia Bapte, et al., Petitioners v. West Caribbean Airways, et al.

560 U.S. 952, 130 S. Ct. 3387, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4641.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 584 F.3d 1052.

No. 09-1202. Cyrus Y. Kim, Petitioner v. City of Federal Way, Washington.

560 U.S. 952, 130 S. Ct. 3387, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4642, ▮

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 871.

No. 09-1206. Carlos Campos, Petitioner v. Texas.

560 U.S. 952, 130 S. Ct. 3387, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4581.

June 7, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 09-1217. Edward Biliski, Petitioner v. Red Clay Consolidated School District Board of Education, et al.

560 U.S. 953, 130 S. Ct. 3387, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4614.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 574 F.3d 214.

No. 09-1221. Andy Shugart, et al., Petitioners v. Beth Chapman, Alabama Secretary of State.

560 U.S. 953, 130 S. Ct. 3388, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4575.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 4.

No. 09-1223. Libertarian Party, et al., Petitioners v. Jay Dardenne, Louisiana Secretary of State.

560 U.S. 953, 130 S. Ct. 3388, 177 L. Ed. 2d 303, 2010 U.S. LEXIS 4660.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 595 F.3d 215.